UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 25cr10303 |
| v. | Violation: |
| JOELSON GOMES FONSECA, | Count One: Unlawful Reentry of Deported Alien |
| Defendant | (8 U.S.C. §§ 1326(a) and (b)(2)) |

## INDICTMENT

### COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. §§ 1326(a) and (b)(2))

The Grand Jury charges:

On or about May 23, 2025, in Framingham, in the District of Massachusetts, the defendant,

JOELSON GOMES FONSECA,

being an alien and having been excluded, removed, and deported from the United States on or about March 29, 2008, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Sections 202(3) and (4), and 557.

A TRUE BILL

_____
FOREPERSON

1

_____
KATHERINE FERGUSON
FIRST ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 17, 2025
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:36