JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Framingham   **Category No.** II   **Investigating Agency:** ICE-ERO
**City:** Framingham
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes [ ]   No [✓]

**Defendant Name:** Joelson Gomes Fonseca   **Juvenile:** Yes [ ]   No [✓]

Is this person an attorney and/or a member of any state/federal bar:  Yes [ ]   No [✓]

**Alias Name:** _____
**Address:** Framingham, MA
**Birth date (Yr only):** 1986   **SSN (last 4#):** _____   **Sex:** M   **Race:** _____   **Nationality:** Brazil

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Katherine Ferguson   **Bar Number if applicable:** _____

**Interpreter:** Yes [✓]   No [ ]   **List language and/or dialect:** Portuguese

**Victims:** Yes [ ]   No [✓]   If yes, are there multiple crime victims under 18 USC §3771(d)(2)  Yes [ ]   No [ ]

**Matter to be SEALED:** Yes [ ]   No [✓]

[✓] Warrant Requested   [ ] Regular Process   [✓] In Custody

**Location Status:** _____
**Arrest Date:** May 23, 2025

[✓] Already in Federal Custody as of  May 23, 2025  in  ICE/Wyatt .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** [ ] Complaint   [ ] Information   [✓] Indictment
**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/17/2025   **Signature of AUSA:** /s/

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Joelson Gomes Fonseca

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C 1326(a) & 1326(b)(2) | Unlawful re-entry of a deported alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**